UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA RAMIREZ,

     Plaintiff,

v.                                CASE NO.: 8:10-cv-1819-T-23TGW

FEDERAL BUREAU OF
INVESTIGATIONS, HILLSBOROUGH
COUNTY SHERIFF'S OFFICE, CITY
OF TAMPA, MATTHEW ZALANSKY,
and WILLIAM GERGEL,

     Defendants.

_____/

## ORDER

     The defendants City of Tampa, Hillsborough County Sheriff's Office, and William

Gergel move unopposed (Docs. 8 and 9) under Rule 42, Federal Rules of Civil

Procedure, to consolidate with this action the following actions:

> 8:10-cv-1820-T-23TBM
> 8:10-cv-1821-T-23AEP
> 8:10-cv-1822-T-23TBM
> 8:10-cv-1827-T-23TGW
> 8:10-cv-1828-T-23AEP
> 8:10-cv-1829-T-23MAP
> 8:10-cv-1830-T-23MAP
> 8:10-cv-1845-T-23TGW
> 8:10-cv-1846-T-23TBM
> 8:10-cv-1847-T-23EAJ
> 8:10-cv-1848-T-23TGW

Each of the twelve actions (1) involves the same defendants, (2) asserts the same claim

against each defendant, (3) arises from the same criminal investigation, and (4) involves

common issues of law and fact.  Furthermore, each plaintiff retains the same counsel.

     Rule 42 aims to "'avoid unnecessary costs of delay,' and hence the decision to

invoke the rule is entirely within the discretion of the district court as it seeks to promote

the administration of justice." <u>Gentry v. Smith</u>, 487 F.2d 571, 581 (5th Cir. 1973)

(quoting Rule 42(a), Federal Rules of Civil Procedure); <u>Young v. City of Augusta, Ga.</u>,

59 F.3d 1160, 1169 (11th Cir. 1995) (finding that "[d]istrict court judges in this circuit

'have been 'urged to make good use of Rule 42(a) . . . in order to expedite the trial and

eliminate unnecessary repetition and confusion[.]'"") (quoting <u>Gentry</u>)).

Upon review, because these actions involve common questions of law and fact

and because consolidation promotes the efficient administration of justice, the

defendants' unopposed motions (Docs. 8 and 9) are **GRANTED**.  Magistrate Judge

Thomas G. Wilson, assigned to the first-filed action, recuses himself in a case involving

the City of Tampa police department.

Accordingly, the Clerk is directed to (1) consolidate each of the above-listed

actions with this action; (2) designate Magistrate Judge Thomas B. McCoun, III, as the

magistrate judge assigned to each action, (3) terminate the motions to dismiss filed by

the defendants Hillsborough County Sheriff's Office and the City of Tampa, and

(4) terminate the answer filed by William Gergel.  The parties shall identify this action in

every paper filed by including in the style of the case the case number **8:10-cv-1819-T-**

**23TGW (Consolidated)**.  The defendants Hillsborough County Sheriff's Office, the City

of Tampa, and William Gergel may re-file the motions and the answer in the

consolidated action no later than **October 11, 2010**.

ORDERED in Tampa, Florida, on October 1, 2010.

**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**